UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cr-00063

**United States of America**

v.

**Paul Lawrence Jackson, Jr.,
aka "Paul Lawrence Larry,"
aka "PJ"**

**ORDER**

 The court referred this matter to United States Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on the guilty plea. Doc. 33. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment. *Id.* at 2. Defendant waived his right to object to the magistrate judge's findings. *Id.*

 The court hereby accepts the findings of fact and recommendation of the United States Magistrate Judge on the guilty plea. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

 In accordance with defendant's guilty plea, the court finds defendant Paul Lawrence Jackson, Jr. guilty of count one of the indictment, charging a violation of 21 U.S.C. § 841(a)(1) – possession with intent to distribute methamphetamine.

*So ordered by the court on January 23, 2026.*

J. CAMPBELL BARKER
United States District Judge